Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 1

| | |
|---|---|
| **CUSTOM METALCRAFTERS INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant. | **S U M M O N S** <br><br> Court No. 24-00081 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

          /s/ Mario Toscano
          Clerk of the Court

**PROTEST**

| Port(s) of Entry: Newark, NJ (4601) | Center (if known): Base Metals CEE |
|---|---|
| Protest Number: 4601-23-134957 | Date Protest Filed: June 27, 2023 |
| Importer: Custom Metalcrafters Inc. | Date Protest Denied: November 29, 2023 |
| Category of Merchandise: Window Units | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BNI-0103244-8 | 11/10/2021 | 01/11/2023 | | | |
| Please see attached continuation sheet on Form 1-3 | | | | | |

Richard P. Ferrin
Faegre Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005
Richard.ferrin@faegredrinker.com
(202) 230-5803

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Aluminum Cladding Panels | 9903.88.03<br>7610.90.0040<br>A-570-967-000<br>C-570-968-000 | 25%<br>5.7%<br>86.01%<br>7.37% | 9903.88.03<br>7610.90.0040 | 25%<br>5.7% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:<br>The country of origin for the subject merchandise for AD/CVD purposes is Taiwan and therefore is not subject to AD/CVD duty. |

| The issue which was common to all such denied protests:<br>Country of origin of subject merchandise for AD/CVD purposes. |
|---|

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ *Richard P. Ferrin*
Signature of Plaintiff's Attorney

April 12, 2024
Date