Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 7**

CUSTOM METAL CRAFTERS, INC.

                                    Plaintiff,        Court No.        24-00081
                        v.

UNITED STATES,

                                    Defendant.

**NOTICE OF DISMISSAL**

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: April 17, 2026
_____

/s/ Carrie Bethea Connolly
_____
Signature of Plaintiff's Attorney

Carrie Bethea Connolly
_____
Attorney for Plaintiff

Faegre Drinker Biddle & Reath LLP
_____
Firm

1500 K Street NW, Suite 1100
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

(202) 230-5330
_____
Telephone Number

carrie.connolly@faegredrinker.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-00081 | Custom Metalcrafters Inc. | 4601-23-134957 | BNI-0103244 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)