Form 7-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 7**

| |
|---|
| CUSTOM METAL CRAFTERS, INC. <br><br><br>                                      **Plaintiff,**<br>           v.<br><br>UNITED STATES,<br><br>                               Defendant. |

Court No.          24-00081

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: <u>April 17, 2026</u>

                                    /s/ Carrie Bethea Connolly
_____
                           Signature of Plaintiff's Attorney

                                  Carrie Bethea Connolly
_____
                                  Attorney for Plaintiff

                                  Faegre Drinker Biddle & Reath LLP
_____
                                  Firm

                                  1500 K Street NW, Suite 1100
_____
                                  Street Address

                                  Washington, DC 20005
_____
                                  City, State and Zip Code

                                  (202) 230-5330
_____
                                  Telephone Number

                                  carrie.connolly@faegredrinker.com
_____
                                  E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-00081 | Custom Metalcrafters Inc. | 4601-23-134957 | BNI-0103244 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.


Dated: ___April 20, 2026_____

Clerk, U. S. Court of International Trade



By: _____/s/ Lewis Hugh_____
            Deputy Clerk




(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)